FILED

AUG 15 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:07-CR-182-MHT |
| ) | [18 USC § 2422(a); |
| THOMAS EARL DOUGLAS ) | 18 USC § 2252A(a)(1)] |
| a/k/a "ilikeyounggirls6up" ) | |
| a/k/a "travelingman460" ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1 – Enticement and Coercion

Beginning on or about May 7, 2007 and continuing to August 3, 2007, in Geneva County, within the Middle District of Alabama, and elsewhere,

THOMAS EARL DOUGLAS
a/k/a "ilikeyounggirls6up"; a/k/a "travelingman460"

defendant herein, did knowingly attempt to persuade, induce, entice and coerce an individual (known to him as "Liz") to travel in interstate commerce to engage in sexual activity for which that individual could be charged with a criminal offense: namely, a violation of Title 18, United States Code, Section 2422(b). Specifically, defendant used the screen names "ilikeyounggirls6up" (Yahoo.com) and "travelingman460" (Hello.com) to engage in online chat sessions with an undercover South Burlington, Vermont, police officer masquerading as a single mother, named "Liz," with a thirteen-year-old daughter. During the course of those chat sessions, defendant offered to train the daughter to be a sex slave, explaining to "Liz" that as part of the training, he would have vaginal, anal, and oral sex with the girl, and that he would spank her and teach her to take commands. Defendant encouraged "Liz" to bring her daughter to the

Dothan, Alabama area, within the Middle District of Alabama, where he would conduct the training. All in violation of Title 18, United States Code, Section 2422(a).

### COUNT 2 – Transportation of Child Pornography

On or about May 8, 2007, in Geneva County, within the Middle District of Alabama,

THOMAS EARL DOUGLAS
a/k/a "ilikeyounggirls6up"; a/k/a "travelingman460"

defendant herein, during the course of the online chat sessions referred to in Count One, did knowingly transport in interstate commerce by computer an image of child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct. All in violation of Title 18, United States Code, Section 2252A(a)(1).

### FORFEITURE ALLEGATION

A. Counts 1 and 2 of this indictment are incorporated herein by reference.

B. Upon conviction for the violation as alleged in Count 2 of this indictment, the defendant,

THOMAS EARL DOUGLAS
a/k/a "ilikeyounggirls6up"; a/k/a "travelingman460"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

(1) any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of that Section;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and,

2

      (3)    any property, real or personal, used and intended to be used to commit and to promote the commission of such offense.

      C.    If any of the property described in this forfeiture allegation, as a result of any act an omission of the defendant, (1) cannot be located upon the exercise of due diligence; (2) has been transferred and sold to, and deposited with a third person; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty, the United States intends to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above.

All in violation of Title 18, United States Code, Section 2252.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
JOHN T. HARMON
Assistant United States Attorney

_____
NATHAN D. STUMP
Assistant United States Attorney