CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:07-mj-00701 All Defendants
### Internal Use Only

Case title: USA v. Douglas

Date Filed: 08/06/2007
Date Terminated: 08/15/2007

Assigned to: Magistrate Judge Calvin Botley

**Defendant**

**Thomas Earl Douglas** (1)
*In Custody*
*TERMINATED: 08/15/2007*

represented by **Federal Public Defender**
440 Louisiana
Ste 310
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: *Mercedes P. Lerma*
Deputy Clerk

**Plaintiff**

. USA

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2007 | 1 | Copy of Cr. Complaint filed in the Middle District of Alabama as to Thomas Earl Douglas:, filed. (mlerma, ) (Entered: 08/06/2007) |
| 08/06/2007 | 2 | Minute Entry for proceedings held before Judge Calvin Botley : INITIAL APPEARANCE as to Thomas Earl Douglas, (Deft informed of rights) held on 8/6/2007. Financial Affidavit executed. Order appointing Federal Public Defender. Order of Temporary Detention Pending Hearing. Appearances:C. Escher AUSA.(ERO:Yes) Deft remanded to USM, filed. (mlerma, ) (Entered: 08/15/2007) |
| 08/06/2007 | 3 | Financial Affidavit - CJA 23 by Thomas Earl Douglas (See General Order 2004-11), filed.(mlerma, ) (Entered: 08/15/2007) |
| 08/06/2007 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER for Thomas Earl Douglas ( Signed by Judge Calvin Botley ) Parties notified. (mlerma, ) (Entered: 08/15/2007) |
| 08/06/2007 | 5 | ORDER OF TEMPORARY DETENTION PENDING Hearing as to Thomas Earl Douglas ( Signed by Judge Calvin Botley ) Parties notified. (mlerma, ) (Entered: 08/15/2007) |
| 08/10/2007 | 6 | Minute Entry for proceedings held before Judge Calvin Botley : DETENTION HEARING as to Thomas Earl Douglas held on 8/10/2007 Appearances:C. Escher AUSA. S. Khalil/Federal Public Defender. (ERO:Yes) Deft remanded to USM, filed.(mlerma, ) (Entered: 08/15/2007) |
| 08/10/2007 | 7 | WAIVER of Rule 5 & 5.1 Hearings by Thomas Earl Douglas, filed. (mlerma, ) (Entered: 08/15/2007) |
| 08/10/2007 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Thomas Earl Douglas. Defendant committed to Middle District of Alabama ( Signed by Judge Calvin Botley ) Parties notified. (mlerma, ) (Entered: 08/15/2007) |
| 08/15/2007 | 9 | RULE 5 Papers sent to Middle District of Alabama, Montgomery Division as to Thomas Earl Douglas, filed.(mlerma, ) (Entered: 08/15/2007) |
| 08/15/2007 |  | (Court only) ***Case Terminated as to Thomas Earl Douglas (mlerma, ) (Entered: 08/15/2007) |

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| THOMAS EARL DOUGLAS | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | H-07-701M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)   Petition

charging a violation of   18   U.S.C. § 2422(a)

**DISTRICT OF OFFENSE**
Middle District of Alabama - Montgomery

**DESCRIPTION OF CHARGES:**

knowingly persuade, induce, entice, or coerce an individual to travel in interstate commerce for the purpose of engaging in illegal sexual activity.

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

Interpreter Required?   ☒ No   ☐ Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: _____ Deputy Clerk

8/10/07   _____
Date      Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
8-10-07
MICHAEL N. MILBY, CLERK
BY DEPUTY

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _Texas_

UNITED STATES OF AMERICA

V.

_Thomas Earl Douglas_
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: H-07-701-M

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in the _Middle_ District of _Alabama_ alleging violation of _18 USC § 2247(a)_ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary hearing _and detention_

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_/s/ Defendant_

8/10/07
Date

_/s/ Defense Counsel_

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: _Mercedes P. Lerma_
Deputy Clerk

| COURTROOM MINUTES: | | CLERK, U.S. DISTRICT COURT |
|---|---|---|
| ☐ INITIAL APPEARANCE | ☑ IDENTITY (RULE 5) | SOUTHERN DISTRICT OF TEXAS |
| ☑ DETENTION HEARING | ☐ COUNSEL DETERMINATION HEARING | FILED |
| ☑ PRELIMINARY HEARING | ☐ BOND HEARING | 8-10-07 |
| ☐ HEARING CONTINUED ON _____ | | MICHAEL N. MILBY, Clerk |

THE HONORABLE **CALVIN BOTLEY**, Presiding, Courtroom **703**
OPEN: **10:45**   ADJOURN: **10:49**
Case Manager: Paul A. Yebernetsky
RECESS FROM: ____ TO: ____
ERO: **ERO**
☑ Other District  ☐ Other Division   **M.D. Alabama – Montgomery**
Pretrial Service Officer/Probation Officer **Gerry Torres**
Case No. ____
INTERPRETER REQUIRED: ☑ No ☐ Yes, Name: ____

Criminal No. **H-07-701M** USDJ

UNITED STATES OF AMERICA
vs

**Charles Escher**, AUSA

| Deft.No. | Deft Name |
|---|---|
| | **Thomas Earl Douglas**   **Samy Khalil** |
| | § **(AFPD)** |
| | § |
| | § |

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

☐ ...Date of arrest: ____ or ☐ Rule 5, ☐ SRT/Probation violator. ☐ Pretrial Release Violator.
☐ ...Deft first appearance. Deft advised of rights/charges.
☐ ...Deft ____ first appearance with counsel.
☐ ...Deft advises he/she will retain counsel. Deft ___ retained ____, Deft ___ retained ____.
☐ ...Deft ____ FINANCIAL AFFIDAVIT executed. ☐ Court orders defendant to pay $____ to CJA Fund.
☐ ...Federal Public Defender appointed to represent Deft ___.
☐ ...Private Counsel (CJA) appointed: Deft __-____, Deft __-____, Deft __-____.
☐ ...Deft __ bond set $____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured ☐ $____ Deposit.
☐ ...Deft __ bond set $____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured ☐ $____ Deposit.
☐ ...Deft __ bond set $____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured ☐ $____ Deposit.
☐ ...Deft __ bond set $____ ☐ Cash ☐ Surety ☐ 10% ☐ PR ☐ Unsecured ☐ $____ Deposit.
☐ ...Surety signatures required ____, ____, ____, ____.
☐ ...Deft ____ advised of conditions of release.
☐ ...BOND EXECUTED and Deft ____ released. ☐ Bond revoked. ☐ Bond reinstated.
☐ ...No bond set at this time, 10 day DETENTION ORDER entered.
☐ ...Deft ____ ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
☐ ...Deft ____ ORDER OF DETENTION PENDING TRIAL entered.
☑ ...Deft ____ WAIVER of ☐ Preliminary, ☑ Identity, ☐ Detention Hearing, ☐ Detention Hearing in this district.
☐ ...Court finds ☐ IDENTITY ☐ PROBABLE CAUSE.
☑ ...Deft ____ REMANDED to CUSTODY.
☑ ...Deft ____ ORDERED REMOVED to Originating District. **M.D. Ala – Montgomery**
☐ ...Arraignment set ____
☐ ...Preliminary set ____
☐ ...Identity/Removal Hearing set ____
☐ ...Counsel Determination Hearing set ____
☐ ...Detention Hearing set ____

OTHER PROCEEDINGS: **Deft requests that Preliminary & detention be held in M.D. Alabama at Montgomery**

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: **Mercedes P. Lerma**
Deputy Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States Courts
Southern District of Texas
FILED

AUG 0 6 2007

Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA, §
§
           Plaintiff, §
§
versus §    CRIMINAL CASE H-07-701M
§
§
THOMAS EARL DOUGLAS §
           Defendant. §

## Order Appointing Counsel

Because the defendant has satisfied this court that he cannot afford to employ counsel, the court appoints the Federal Public Defender to represent him.

Signed August 6, 2007, at Houston, Texas.

                                        Calvin Botley
                              United States Magistrate Judge

By Order of the Court

*[signature]*
Deputy Clerk

08/06/07
Date

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: *[signature]* Mercedes P. Lerma
           Deputy Clerk

AO 470 (Rev. 8/85) Order of Temporary Detention

United States Courts
Southern District of Texas
FILED

AUG 0 6 2007

Michael N. Milby, Clerk of Court

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __TEXAS__

UNITED STATES OF AMERICA

V.

THOMAS EARL DOUGLAS

_Defendant_

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: H-07-701M

Upon motion of the __UNITED STATES GOVERNMENT__, it is ORDERED that a detention hearing is set for __8/13/07__ * at __10:00 A.M.__
_Date_              _Time_

before __UNTIED STATE MAGISTRATE FRANCES H. STACY__
_Name of Judicial Officer_

__HOUSTON, TEXAS__
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
_Other Custodial Official_

Date: __8/6/07__                                   _Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court

Deputy Clerk

**COURTROOM MINUTES:**
- [x] INITIAL APPEARANCE
- [ ] IDENTITY (RULE 5)
- [ ] DETENTION HEARING
- [ ] COUNSEL DETERMINATION HEARING
- [ ] PRELIMINARY HEARING
- [ ] BOND HEARING
- [ ] HEARING CONTINUED ON _____

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED 8-6-07
MICHAEL N. MILBY, Clerk

THE HONORABLE **CALVIN BOTLEY**, Presiding, Courtroom 703
Case Manager: Paul A. Yebernetsky
ERO: ERO

OPEN: 3:10    ADJOURN: 3:15
RECESS FROM: ___ TO: ___

[x] Other District [ ] Other Division   M.D. Alabama - Montgomery
Pretrial Service Officer/Probation Officer _____
Case No. _____

INTERPRETER REQUIRED: [x] No [ ] Yes, Name: _____

Criminal No. **H-07-701M** USDJ

UNITED STATES OF AMERICA
vs
Charles Escher, AUSA

Deft. No. ___ Deft Name: **THOMAS EARL DOUGLAS**

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- [x] Date of arrest: **8-6-07** or [x] Rule 5, [ ] SRT/Probation violator. [ ] Pretrial Release Violator.
- [x] Deft first appearance. Deft advised of rights/charges.
- [ ] Deft ___ first appearance with counsel.
- [ ] Deft advises he/she will retain counsel. Deft ___ retained _____, Deft ___ retained _____
- [x] Deft ___ FINANCIAL AFFIDAVIT executed. [ ] Court orders defendant to pay $___ to CJA Fund.
- [x] Federal Public Defender appointed to represent Deft.
- [ ] Private Counsel (CJA) appointed: Deft ___, Deft ___, Deft ___.
- [ ] Deft ___ bond set $___ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $___ Deposit.
- [ ] Deft ___ bond set $___ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $___ Deposit.
- [ ] Deft ___ bond set $___ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $___ Deposit.
- [ ] Deft ___ bond set $___ [ ] Cash [ ] Surety [ ] 10% [ ] PR [ ] Unsecured [ ] $___ Deposit.
- [ ] Surety signatures required _____, _____, _____
- [ ] Deft ___ advised of conditions of release.
- [ ] BOND EXECUTED and Deft ___ released. [ ] Bond revoked. [ ] Bond reinstated.
- [ ] No bond set at this time, 10 day DETENTION ORDER entered.
- [x] Deft ___ ORDER OF TEMPORARY DETENTION PENDING HEARING entered. Flight risk
- [ ] Deft ___ ORDER OF DETENTION PENDING TRIAL entered.
- [ ] Deft ___ WAIVER of [ ] Preliminary, [ ] Identity, [ ] Detention Hearing.
- [ ] Court finds [ ] IDENTITY [ ] PROBABLE CAUSE.
- [x] Deft ___ REMANDED to CUSTODY.
- [ ] Deft ___ ORDERED REMOVED to Originating District.
- [ ] Arraignment set _____
- [ ] Counsel Determination Hearing set _____
- [x] Preliminary set **8-13-07 10:00**
- [x] Detention Hearing set **8-13-07 Monday 10:00 A.M.**
- [x] Identity/Removal Hearing set **8-13-07 10:00 (Monday)**
- OTHER PROCEEDINGS: _____

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: Mercedes P. Lerma
Deputy Clerk

United States Courts
Southern District of Texas
FILED

AUG 0 6 2007

Michael N. Milby, Clerk of Court

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____ Thomas Douglas

FOR: S.D. TX
AT: Ho. TX

LOCATION NUMBER: TXS140

PERSON REPRESENTED (Show your full name)

1) ☒ Defendant—Adult
2) ☐ Defendant - Juvenile
3) ☐ Appellant
4) ☐ Probation Violator
5) ☐ Parole Violator
6) ☐ Habeas Petitioner
7) ☐ 2255 Petitioner
8) ☐ Material Witness
9) ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: CR-H-07-701M
District Court: CR-H-07-701
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

18:2422(a)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

FPD apptd

Approved CSK 8/6/07

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: Hirschbach So Sioux City NE
IF YES, how much do you earn per month? $ 6,000
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  RECEIVED $ ___   SOURCES ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No   IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT   VALUE 12,000   DESCRIPTION 15 Chev Pickup

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  ☒ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Dawkins Betty

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: ___
Creditors: ___
Total Debt: $ ___
Monthly Paymt: $ ___

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk of Court
By: Mercedes P. Lerma
Deputy Clerk