IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. NO.: 1:07cr182-MHT |
| | ) | |
| **THOMAS EARL DOUGLAS** | ) | |

**UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO FILE PRETRIAL MOTIONS**

**COMES NOW** the Defendant, Thomas Douglas, by and through undersigned counsel, Jennifer A. Hart, and requests an extension of time to file pretrial motions in this case. In support of this motion undersigned counsel states:

1. Mr. Douglas was charged by indictment in this Court on August 18, 2007.

2. Mr. Douglas was arraigned and enter a plea of not guilty to the charge on September 5, 2007.

3. The Government provided initial discovery in this case on September 5, 2007. At that time, the Court granted the Government's request for two additional weeks to provide supplemental discovery. The Government has advised the undersigned that it will provide the Defense with additional discovery today, September 19, 2007. As part of the supplemental discovery, the Defense will be viewing an extensive videotape pertaining to the charged offense at the FBI office in Montgomery this afternoon.

4. Pretrial motions are due in this case today, September 19, 2007. Mr. Douglas, however, needs additional time to investigate these matters before determining whether any such motions are warranted.

5. The United States, by and through Nathan Stump, Esquire, does not oppose the

requested extension.

**WHEREFORE**, the Defendant prays that he be allowed until Friday, September 21, 2007, to file any pretrial motions in this matter.

Dated this 19th day of September, 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Nathan Stump, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189