IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | CR. NO. 1:07-CR-182-MHT |
| | ) | |
| THOMAS EARL DOUGLAS | ) | |

## **ORDER**

Upon consideration of the motion for extension of time to file pretrial motions (doc. # 17) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 20th day of September, 2007.


    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE