IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:07CR182 |
| | ) | |
| THOMAS EARL DOUGLAS | ) | |

**ORDER**

Upon consideration of the motion to dismiss the indictment (doc. # 19) filed by the defendant, it is

ORDERED that, on or before October 2, 2007, the Government shall submit a response to the defendant's motion.

Done this 25th day of September, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE