IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | CRIMINAL ACTION NO. |
| ) | 1:07cr182-MHT |
| **THOMAS EARL DOUGLAS**    ) | |

## ORDER

Based on the government's response (Doc. No. 23), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Thomas Earl Douglas's motion to dismiss indictment (Doc. No. 19) is granted.

(2) The indictment against defendant Douglas is dismissed because venue is not proper.

DONE, this the 4th day of October, 2007.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**